08CR 453
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*Felony*

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** (circled) YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO** (circled) YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?   NO **X**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
NO **X**   YES ☐

6) What level of offense is this indictment or information?   FELONY **X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES **X**

8) Does this indictment or information include a conspiracy count?   NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......................... (II) | ☐ Income Tax Fraud ............. (II) | ☐ DAPCA Controlled Substances ...... (III) |
| ☐ Criminal Antitrust ............. (II) | ☐ Postal Fraud ..................... (II) | ☐ Miscellaneous General Offenses (IV) |
| **X** Bank robbery ................... (II) | **X** Other Fraud .................... (III) | ☐ Immigration Laws ............. (IV) |
| ☐ Post Office Robbery ........... (II) | ☐ Auto Theft ....................... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery ................... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ............................. (III) | ☐ Forgery ........................... (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary .......................... (IV) | ☐ Counterfeiting .................. (III) | ☐ Selective Service Act .......... (IV) |
| ☐ Larceny and Theft ............. (IV) | ☐ Sex Offenses ..................... (II) | ☐ Obscene Mail ................... (III) |
| ☐ Postal Embezzlement ........ (IV) | ☐ DAPCA Marijuana ............. (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement ........ (III) | ☐ DAPCA Narcotics ............. (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 USC §§ 1341, 1343, 1344,   1028A(a)(1) and 2

FILED
JUN - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Assistant United States Attorney