# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: USA v.s. BROWN, et al.
FOR: Arraignment
AT: IL ND

**LOCATION NUMBER:**

PERSON REPRESENTED (Show your full name): **CALVIN TOWNSEND**

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate:
District Court: 08 CR 453 - 7
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18 USC 1343, 44

**FILED**
JUL X 1 2008
7-1-08
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☑ Am Self-Employed
Name and address of employer: Custom Home Service Corp

IF YES, how much do you earn per month? $ 1,000.00
IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☑ Yes ☐ No  wife may quit due to health
IF YES, how much does your Spouse earn per month? $ Just started
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ ___ SOURCES ___

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE $ 70,000.00   DESCRIPTION 2007 Mercedes

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditor | Total Debt | Monthly Pymt |
|---|---|---|---|
| Negotiating lease on forclosed house | | $ | $ 3,000.00 |
| credit cards | | $ 25,000.00 | $ 1,200.00 |
| Car | | $ 65,000.00 | $ 1,400.00 |
| Utilities | | $ | $ 500.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/1/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Calvin Townsend